O

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11   SCOTT K. KING,                          )   Case No. EDCV 08-563 CAS(JC)
12                        Petitioner,        )   (PROPOSED) ORDER ADOPTING
                                             )   FINDINGS, CONCLUSIONS, AND
13          v.                               )   RECOMMENDATIONS OF
                                             )   UNITED STATES MAGISTRATE
14   DERWAL ADAMS,                           )   JUDGE
                                             )
15                        Respondent.        )
                                             )
16   _____)

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
18   Habeas Corpus by a Person in State Custody (the "Petition"), all of the records
19   herein, and the attached Report and Recommendation of United States Magistrate
20   Judge.  The Court approves and adopts the United States Magistrate Judge's
21   Report and Recommendation.

22          IT IS HEREBY ORDERED that:  (1) Respondent's Motion to Dismiss is
23   denied to the extent it seeks dismissal of the Petition with prejudice based upon a
24   statute of limitations bar; (2) Respondent's Motion to Dismiss is granted to the
25   extent it seeks dismissal of the Petition without prejudice based upon petitioner's
26   failure to exhaust his claims; (3) Petitioner's Motion to Stay is denied; and
27   (4) Judgment be entered denying the Petition and dismissing this action without
28   prejudice.

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2   United States Magistrate Judge's Report and Recommendation, and the Judgment

3   herein on Petitioner and on counsel for Respondent.

4        LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED:  December 16, 2008

7

8   _____

9   HONORABLE CHRISTINA A. SNYDER
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2