JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. KING, ) | Case No. EDCV 08-563 CAS(JC) |
| ) | |
| Petitioner, ) | ~~(PROPOSED)~~ JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| DERWAL ADAMS, ) | |
| ) | |
| Respondent. ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: December 16, 2008

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE